IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JOSE MORA                                                              PETITIONER

VS.                              CIVIL ACTION NO. 5:11-cv-178(DCB)(JMR)

UNKNOWN ROBINSON, et al.                                              DEFENDANTS

ORDER

This cause is before the Court on the Report and Recommendation of Chief Magistrate Judge John M. Roper **(docket entry 41)** as to the petitioner Jose Mora's motion for interlocutory injunction **(docket entry 16)**.  There being no objections to the Report and Recommendation filed by either party, the Court, being duly advised in the premises, hereby adopts the Report and Recommendation and finds that the motion for interlocutory injunction shall be denied.  Accordingly,

IT IS HEREBY ORDERED that the Report and Recommendation of Chief Magistrate Judge John M. Roper **(docket entry 41)** is ADOPTED as the findings and conclusions of this Court;

FURTHER ORDERED that the petitioner Jose Mora's motion for interlocutory injunction **(docket entry 16)** is DENIED.

SO ORDERED, this the 22nd day of June, 2012.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE